■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD L. WALKER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Colucci, J.—robbery, first degree.) Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of JOHN GOODALE, Petitioner, v FRANKFORT-SCHUYLER CENTRAL SCHOOL DISTRICT, Respondent.—Determination unanimously confirmed and petition dismissed, without costs *(see, State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY L. BYRD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—criminal possession of stolen property, third degree.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY SAND, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Mattina, J.—attempted assault, second degree.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH J. ILLUZZI, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Dillon, J.—attempted petit larceny.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.